UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEASAR DUNCAN,<br>            Plaintiff,<br><br>v.<br><br>CAMPBELL *et al.*,<br>            Defendants. | 1:24-00970-HBK-(PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **WITNESS CEASAR DUNCAN, CD #  V-08044, <u>BY TELEPHONE CONFERENCE</u>**<br><br>**DATE: October 9, 2025**<br>**TIME:  10:30 a.m.** |

**Ceasar Duncan**, inmate, CDC # V-08044, a necessary and material witness in a pre-settlement conference in this case on October 9, 2025, is confined at **of Kern Valley State Prison, P.O. Box 3130, Delano, CA 93216-6000**, 3000 West Cecil Ave. Delano, CA 93216, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear inmate before Magistrate Judge Erica P. Grosjean, by **telephonic pre-settlement conference** from his place of confinement, on **October 9, 2025, at  10:30 a.m.**

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephone, to participate in a pre-settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  The phone number and access code will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern Valley State Prison at (661) 720-4949 or via email at CDCRKVSPLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to the telephonic pre-settlement conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at FNavarro@caed.uscourts.gov

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of of Kern Valley State Prison, P.O. Box 3130, Delano, CA 93216-6000**

**WE COMMAND** you to produce the inmate named above to testify before Judge Magistrate Judge Erica Grosjean at the time and place above, by telephone, until completion of the pre-settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:     September 22, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

