UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEASAR DUNCAN,<br>　　　　　Plaintiff,<br><br>v.<br><br>CAMPBELL *et al.*,<br>　　　　　Defendants. | 1:24-00970-HBK-(PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **WITNESS CEASAR DUNCAN, CD #  V-08044, <u>ZOOM VIDEO CONFERENCE</u>**<br><br>**DATE: October 16, 2025**<br>**TIME:  1:00 p.m.** |

　　　**Ceasar Duncan**, inmate, CDC # V-08044, a necessary and material witness for the Plaintiff in proceedings in this case on October 16, 2025, is confined at Kern Valley State Prison, P.O. Box 3130, Delano, CA 93216-6000, 3000 West Cecil Ave. Delano, CA 93216, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear by Zoom video conference from his present institution before Magistrate Judge Erica P. Grosjean on October 16, 2025, at  1:00 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, and the inmate's necessary legal papers, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern Valley State Prison at (661) 720-4949 or via email at CDCRKVSPLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at FNavarro@caed.uscourts.gov

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of Kern Valley State Prison, P.O. Box 3130, Delano, CA 93216-6000**

　　**WE COMMAND** you to produce the inmate named above to testify before Judge Magistrate Judge Erica P. Grosjean at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:   September 22, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

