UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEASAR DUNCAN,

Plaintiff,

v.

T. CAMPBELL, et al.,

Defendants.

Case No. 1:24-cv-00970-HBK (PC)

ORDER GRANTING DEFENDANTS' UNOPPOSED EX PARTE APPLICATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER

(Doc. 41)

Pending before the Court is Defendants' Unopposed Ex Parte Application to Modify the Discovery and Scheduling Order filed October 21, 2025. (Doc. 41). Defendants seek a 60-day extension of time to complete non-expert discovery, file a settlement report, and file pretrial dispositive motions, caused by a recent change of counsel, conflicts caused by excessive caseload, and difficulties scheduling Plaintiff's deposition. (*Id.*). Defendants state that Plaintiff agrees with the requested extension, but could not reasonably sign a stipulation due to his incarcerated status. (*Id.* at 6). The Court finds the motion and supporting declaration satisfies good cause. Fed. R. Civ. P. 6(b)(1)(A) & 16(b)(4).

Accordingly, it is ORDERED:

1. Defendants' Motion (Doc. 41) is GRANTED.

2. The following deadlines[1] will govern this action:

   a. All non-expert discovery must be completed by December 28, 2026;

   b. The parties shall submit a settlement report by January 19, 2027; and

   c. Any pretrial dispositive motion must be filed by February 22, 2027.

Dated: September 18, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

[1] The Court sets deadlines to fall on business days whenever practicable and avoids setting deadlines on Saturdays, Sundays, or legal holidays. *See* Fed. R. Civ. P. 6(a)(1)(C). The Court therefore reset the proposed deadlines to the following business day accordingly.